UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRENCE FITCH,
      Plaintiff,

v.                                                                                     Case No. 23-CV-262

STATE OF WISCONSIN, et al.,
      Defendants.

## **DECISION AND ORDER**

Plaintiff Terrence Fitch filed a pro se complaint under 42 U.S.C. § 1983 alleging that defendants violated his civil rights. Defendants have filed a motion to dismiss, arguing that this action is duplicative of another suit filed by the plaintiff. As a general rule, a district court has broad discretion to dismiss a complaint "for reasons of wise judicial administration" whenever it is duplicative of an action already pending in federal court. *McReynolds v. Merrill Lynch & Co., Inc.*, 694 F.3d 873, 888 (7th Cir. 2012) (citing *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993). A suit is duplicative if the claims, parties, and available relief do not significantly differ between the two actions. *Id.* at 889. Defendants are correct that this action is duplicative of plaintiff's complaint in 23-CV-0082-LA. Both complaints arise from the same incident—the plaintiff's arrest on February 23, 2021. Plaintiff names the same defendants and seeks the same remedies. Because the claims, parties, and available relief does not significantly differ between the two actions, I will grant defendant's motion and dismiss this action as duplicative of case number 23-CV-0082-LA.

**THEREFORE, IT IS ORDERED** that defendants' motion to dismiss (ECF No. 8) is **GRANTED.**

**IT IS FURTHER ORDERED** the complaint and this action are **DISMISSED.** The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin, this 2nd day of May, 2024.

/s/ Lynn Adelman
LYNN ADELMAN
United States District Judge